UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL V. MCDONALD, | ) | CASE NO. 5:25-CV-01527-CAB |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF | ) | ORDER |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO:**

On January 25, 2023, Plaintiff filed a Complaint pursuant to Title II of the Social Security Act, 42 U.S.C. §§ 416(i).  (Doc. 1).  The Court referred this matter to Magistrate Judge Jonathan D. Greenberg pursuant to Local Rule 72.2.  (Non-Doc. Entry, 7/23/2025). On June 11, 2026, the Magistrate Judge recommended that the Court vacate the Commissioner's final decision and remand the matter for further consideration. (Doc. 12).  Defendant has not filed an Objection.

Federal Rule of Civil Procedure 72 provides that objections to a report and recommendation must be filed within fourteen days after service.  Fed. R. Civ. P. 72(b).  Plaintiff has failed to timely file any such objections.  Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's Recommendation.  Any further review by this Court would be duplicative and an inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd* 474 U.S. 140 (1985); *Howard v. Sec'y of Health & Human Serv.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Therefore, Magistrate Judge Greenberg's Report and Recommendation is **ADOPTED** and the Commissioner's decision is **VACATED** and the matter is **REMANDED** for further consideration consistent with Magistrate Judge Greenberg's Report and Recommendation.

    **IT IS SO ORDERED.**

          **s/ Christopher A. Boyko**
          **CHRISTOPHER A. BOYKO**
          **Senior United States District Judge**

**Dated: July 13, 2026**